UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HO-YUAN CHEN et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA et al., <br><br> Respondents. | No. SA MC 14-00023-CJC (ANx) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the motion to dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. The government's motion to dismiss is granted.

3. The petition to quash the IRS summons served on third-party Robert Chang is denied and Chang is directed to produce all requested documents.

4. Judgment shall be entered dismissing this action with prejudice.

Dated: June 1, 2015

_____
CORMAC J. CARNEY
United States District Judge