JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HO-YUAN CHEN et al., | No. SA MC 14-00023-CJC (ANx) |
| Petitioners, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 1, 2015

_____
CORMAC J. CARNEY
United States District Judge