UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HO YUAN CHEN and CHANG-HUA K. CHEN,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE,<br><br>Respondent. | Case No. 8:14-mc-00023-CJC-AN<br><br>AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the United States' motion to dismiss, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the parties' Joint Stipulation for Entry of an Amended Order Accepting Report and Recommendation of United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved

and accepted.  This Amended Order replaces the Order entered on June 1, 2015.

2. The government's motion to dismiss is granted.

3. The petition to quash the IRS summons served on third-party Robert Chang is denied.  Chang is directed to produce all requested documents and provide the requested testimony before Revenue Agent Ryan Scott, or any other authorized officer or employee of the IRS, on July 8, 2015 or any other agreed upon date between the IRS and Chang at the time and place listed on the summons at issue.

4. An amended judgment shall be entered dismissing this action with prejudice.

Dated: June 16, 2015

_____
CORMAC C. CARNEY
United States District Judge