UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HO-YUAN CHEN et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA et al., <br><br> Respondents. | No. SA MC 14-00023-CJC (ANx) <br><br> AMENDED JUDGMENT |

Pursuant to the Amended Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 21, 2015

_____
CORMAC J. CARNEY
United States District Judge